UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :

EICHER MOTORS LIMITED,                :

                      :

              Plaintiff,        :

                      :                26-CV-4673 (JMF)

       -v-                     :

                      :                  ORDER

THE INDIVIDUALS, CORPORATIONS, LIMITED   :
LIABILITY COMPANIES, PARTNERSHIPS, AND   :
UNINCORPORATED ASSOCIATIONS IDENTIFIED   :
ON SCHEDULE A TO THE COMPLAINT,       :

                      :

             Defendants.    :

                      :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's June 9, 2026 Order, ECF No. 17, Plaintiff was required to file a letter, the contents of which are described therein, no later than 14 days from the date of that Order.  To date, Plaintiff has not filed that letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 30, 2026**.  Failure to file a letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated:  June 24, 2026
        New York, New York                                                          
                                                   JESSE M. FURMAN
                                          United States District Judge