UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                    :

EICHER MOTORS LIMITED,                :

                                 :

               Plaintiff,        :

                                 :        26-CV-4673 (JMF)

     -v-                     :

                                 :        <u>UNSEALING ORDER</u>

THE INDIVIDUALS, CORPORATIONS, LIMITED  :
LIABILITY COMPANIES,PARTNERSHIPS, AND  :
UNINCORPORATED ASSOCIATIONS IDENTIFIED  :
ON SCHEDULE A TO THE COMPLAINT,     :

                                 :

            Defendants.      :

                                 :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On Plaintiff's June 24, 2026 application, *see* ECF No. 21, this case is hereby
UNSEALED.  Plaintiff shall ensure that unredacted versions of all documents filed to date
appear on the public docket **by July 2, 2026**, by filing the documents anew.

       SO ORDERED.

Dated: June 25, 2026
      New York, New York                           JESSE M. FURMAN
                                    United States District Judge