**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EICHER MOTORS LIMITED,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Civil Action No. 26-cv-04673

## ~~[PROPOSED]~~ PRELIMINARY INJUNCTION ORDER

The Court has considered Plaintiff's Motion for a Preliminary Injunction and Order to Show Cause (the "Motion") ~~and oral arguments made in the hearing~~. Based on the papers and other evidence submitted in support of the Motion, and for good cause shown, the Court makes the following findings of fact and conclusions of law:

## FACTUAL FINDINGS & CONCLUSIONS OF LAW

1. Plaintiff is likely to prevail on its trademark infringement claims at trial.

2. As a result of Defendants' misconduct, Plaintiff is likely to suffer immediate and irreparable losses, damages, and injuries:

   a. Defendants, without any authorization or license from Plaintiff, have knowingly, willfully, and deliberately infringed Plaintiff's U.S. Trademark Registration No. 7,375,164 at issue in this action (the "ROYAL ENFIELD Mark") in connection with the systematic advertisement, distribution, offering for sale, and sale of products bearing counterfeits, reproductions, or colorable imitations of the ROYAL ENFIELD Mark (the "Infringing Products") into the United States,

including within this judicial district of New York, over the Internet through accounts with online marketplace platforms including, but not limited to, PayPal, Shop Pay, Temu, Payoneer, Ping Pong, Amazon, and Walmart held by Defendants (the "User Account(s)").

b. Plaintiff has well-founded fears that more Infringing Products will appear in the marketplace using the same User Accounts or new and different User Accounts; that consumers may be misled, confused and disappointed by the quality of these Infringing Products, resulting in injury to Plaintiff's reputation and goodwill and, in particular, the reputation and goodwill related to Plaintiff's ROYAL ENFIELD Mark.

3. On balance, the potential harm to Defendants of being prevented from continuing to profit from their illegal and infringing activities if a preliminary injunction order is issued is far outweighed by the potential harm to Plaintiff, its business, and the goodwill and reputation built up in and associated with Plaintiff's ROYAL ENFIELD Mark if a preliminary injunction order is not issued. The public interest favors the issuance of a preliminary injunction to prevent the sale of counterfeit goods and the resulting consumer confusion.

4. Service on Defendants via electronic means is reasonably calculated to result in proper notice to Defendants and does not violate the Hague Service Convention as Defendants' addresses are unknown or unverifiable despite Plaintiff's due diligence.

**ORDER**

The injunctive relief previously granted in the TRO shall remain in place through the pendency of this action or until further Order of the Court, and issuing this Order is warranted under Federal Rule of Civil Procedure 65, 15 U.S.C. § 1114, 1116(a), and 1125(a). Based on the foregoing findings of fact and conclusions of law, Plaintiff's Motion is hereby **GRANTED** and it is **ORDERED** as follows:

1. As sufficient causes have been shown, Defendants are hereby enjoined and restrained from engaging in any of the following conduct pending the final hearing and determination of this action or until further order of the Court:

a. manufacturing, importing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any Infringing Products;

b. manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods utilizing the Plaintiff's ROYAL ENFIELD Mark, or any confusingly similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

c. destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

d. using the Plaintiff's ROYAL ENFIELD Mark on or in connection with any seller alias that any Defendant may own, operate, or control on any online marketplace platform;

e. any and all use of the Plaintiff's ROYAL ENFIELD Mark as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serve to direct computer searches to Seller Aliases registered, owned or operated by any Defendant on any marketplace; and

f. altering, disabling, closing, or transferring ownership of any seller alias on any online marketplace platform, or creating, registering, or operating any new seller alias or User Account on any online marketplace platform for the purpose of manufacturing, advertising, distributing, offering for sale, or selling any Infringing Products.

**Asset Restraint**

2. As sufficient cause has been shown, the asset restraint granted in the TRO shall remain in place through the pendency of this litigation or until further Order of the Court, including that:

a. within five (5) days of receipt of service of this Order, the following Financial Institutions and marketplaces: (i) WhaleCo Inc. ("Temu"), (ii) PayPal, Inc. ("PayPal"), (iii) Payoneer, Inc. ("Payoneer"), (iv) Ping Pong Global Solutions Inc. ("Ping Pong"), (v) Amazon.com, Inc. ("Amazon"), (vi) Walmart, Inc. ("Walmart"), and (vii) Shopify Inc. d/b/a Shop Pay ("Shop Pay") (collectively referred to as the "Financial Institutions"), and any other financial institution or payment processor holding Defendants' accounts or assets, shall locate all accounts associated with Defendants associated with Infringing Products (the "Defendants' Accounts") and other assets belonging to Defendants, including any cryptocurrency associated with Infringing Products (the "Defendants' Assets") and shall locate, attach, and restrain the transfer or disposing of monies or funds from Defendants' Accounts associated with Infringing Products, as well as the transfer or disposing of Defendants' Assets, until further ordered by this Court. The Financial Institutions shall provide written confirmation of their compliance with the foregoing to Plaintiff within seven (7) days of receipt of service of this Order.

**Expedited Discovery**

3. As sufficient cause has been shown, the expedited discovery order previously granted in the TRO shall remain in place through the pendency of this litigation, including that:

a. within five (5) days of receipt of service of this Order, the Financial Institutions shall provide the following information to Plaintiff's counsel (to the extent such information is in the Financial Institutions' possession, custody, or control): (i) identifying information for Defendants, including all available contact information (which shall include, if available, all known e-mail addresses and mailing addresses), as well as all associated account numbers and account balances, regardless of the platform or institution; (ii) any User Accounts and/or online marketplace websites affiliated with Defendants that are not listed on Schedule A to the Complaint (and attached hereto); and (iii) information concerning any of Defendants' Accounts or Defendants' Assets including any and all related, connected or otherwise associated accounts or assets, regardless of the hosting platform or institution.

4. As sufficient cause has been shown, Plaintiff is authorized to conduct expedited discovery, including that:

a. Plaintiff may serve interrogatories and requests for production of documents, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure as well as Local Civil Rule 33.3 of the Local Rules for the Southern District of New York and Defendants who are served with this Order shall provide written responses under oath to such interrogatories and produce documents requested within seven (7) days of service to Plaintiff's counsel.

**Service by Electronic Mail and/or Electronic Publication**

5. Rule 4(f) of the Federal Rules of Civil procedure and Articles 1 and 15 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention") Pursuant to Article 15 of the Hague Convention, this electronic service is authorized for the purposes of the TRO and any Preliminary Injunction only.

6. Pursuant to Fed. R. Civ. P. 4(f)(3), as sufficient cause has been shown, that service of this Order and the Summons and Complaint may be made on, and shall be deemed effective as to Defendants and the Financial Institutions (as defined herein) if it is completed by the following means:

a. Delivery of: (i) PDF copies of this Order together with the Summons and Complaint; (ii) a link to a website where each Defendant will be able to download PDF copies of this Order together with the Summons and Complaint, and all papers filed by Plaintiff (the "Link") to Defendants' e-mail addresses as provided by the Financial Institutions; or, alternatively, if the Financial Institutions are unable to provide e-mail addresses, delivery to the Financial Institutions shall constitute effective service on the associated Defendants for the purposes of the TRO and Preliminary Injunction only.

**Security Bond**

7. The $25,000.00 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Order is terminated.

**Application to Vacate or Dissolve**

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two (2) days' notice to Plaintiff or on shorter notice as set by this Court.

DATED July 6, 2026

U.S.D.J. Hon. Jesse M. Furman

Plaintiff shall file a status letter with updates and proposed next steps **no later than September 1, 2026 and on the first day of every other month** thereafter until the Court orders otherwise. For each Defendant, the letter shall indicate (1) the method of service; (2) whether service has been effectuated; (3) when service occurred or is anticipated; (4) any existing answer deadline; and (5) whether the Defendant has been terminated. Plaintiff should present the foregoing information in chart or table format.

SO ORDERED.

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | YunBaoRong-us | Amazon | AN2TG19OY78XR |
| 2 | A Haifs men clothing | Temu | 634418219213003 |
| 3 | a mens Tshirt | Temu | 634418220060265 |
| 4 | AAGZRUAIYC | Temu | 634418218588266 |
| 5 | AAWYPKDVJH | Temu | 634418220237505 |
| 6 | ADSeeker | Temu | 634418220184970 |
| 7 | Airy Garments | Temu | 634418220875953 |
| 8 | AllllllllIIIIIIIIIIIIIIIIIllllllllllllllllIIIIIIIIIII | Temu | 634418218985098 |
| 9 | Alpha Male TShirts | Temu | 634418218713924 |
| 10 | Altaic Tiger | Temu | 634418218335384 |
| 11 | AMZ Mens clothingg | Temu | 634418219973649 |
| 12 | Anahata men | Temu | 634418219831137 |
| 13 | Artistry Avenue Workshop | Temu | 634418218800203 |
| 14 | Baseball Hat Selection | Temu | 634418220417993 |
| 15 | BCGLM | Temu | 634418220822210 |
| 16 | Black Closets | Temu | 634418218965299 |
| 17 | Blue Closets | Temu | 634418218965136 |
| 18 | Bonongma | Temu | 634418220427965 |
| 19 | Buuuuuin Beeeeen Trading | Temu | 634418221273574 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 20 | C J C | Temu | 634418219882962 |
| 21 | C J H | Temu | 634418219630639 |
| 22 | CaiLinCen | Temu | 634418220744119 |
| 23 | CASDAMNA | Temu | 634418220211551 |
| 24 | Casual Crew Tees | Temu | 634418218714033 |
| 25 | CBQQQSHOP | Temu | 634418224698863 |
| 26 | CH QFDZ Top Print | Temu | 634418218945490 |
| 27 | citys shops | Temu | 634418218753182 |
| 28 | Cjinwushop | Temu | 634418220673820 |
| 29 | CLMY Discount | Temu | 634418220536664 |
| 30 | Cozy Closets | Temu | 634418218686518 |
| 31 | Cozy Couture | Temu | 634418220189648 |
| 32 | CQGYHLY | Temu | 634418219223749 |
| 33 | CQHGFLY | Temu | 634418219224533 |
| 34 | CQUKUHGY | Temu | 634418219221503 |
| 35 | craftsman zhou | Temu | 634418220712991 |
| 36 | Creative City | Temu | 634418216737051 |
| 37 | Custom and Personalization | Temu | 634418220471458 |
| 38 | Cyan waves | Temu | 634418219957281 |
| 39 | DeRYcDOp | Temu | 634418220161655 |
| 40 | Dressyy | Temu | 634418217549717 |
| 41 | DUIOJQMA | Temu | 634418220210647 |
| 42 | E I G H T | Temu | 634418219218703 |
| 43 | Easy lane Aone | Temu | 634418219952789 |
| 44 | ELIZABETHLYF | Temu | 634418216256877 |
| 45 | ELIZABETHLYI | Temu | 634418216496377 |
| 46 | EMILYXFF | Temu | 634418216256361 |
| 47 | EVHO TEES | Temu | 634418220255005 |
| 48 | EWTGEW SHOP | Temu | 634418219433759 |
| 49 | F Reverie | Temu | 634418220472947 |
| 50 | FancyFit | Temu | 634418218618904 |
| 51 | FancyNova | Temu | 634418218896469 |
| 52 | Fashion customization factory | Temu | 634418219849418 |
| 53 | Fashionable Factory | Temu | 634418219349206 |
| 54 | Fire Skull | Temu | 634418218687803 |
| 55 | Flowers plants and trees | Temu | 634418220027787 |
| 56 | Forever Mark CF | Temu | 634418219896383 |
| 57 | FUKQKMAN | Temu | 634418218934967 |
| 58 | Funky baseball cap | Temu | 634418221312890 |
| 59 | FZWHJ | Temu | 634418216123684 |
| 60 | GAODASHOP | Temu | 634418220298740 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 61 | Gentlemans Wardrobee | Temu | 634418217549315 |
| 62 | ghsacghjbq | Temu | 634418220710804 |
| 63 | Grain in ears | Temu | 634418218515133 |
| 64 | Grain rains | Temu | 634418218514977 |
| 65 | Great heats | Temu | 634418218562051 |
| 66 | Greener waves | Temu | 634418219957341 |
| 67 | Guos | Temu | 634418216523508 |
| 68 | Heavy snows | Temu | 634418218562364 |
| 69 | HFTRDRLL | Temu | 634418220184922 |
| 70 | HGJUIKKK | Temu | 634418219135267 |
| 71 | HGUYJYFRR | Temu | 634418219135831 |
| 72 | HGYKKHTG | Temu | 634418219124556 |
| 73 | HHOUOKAN | Temu | 634418218935521 |
| 74 | HK Fashion A | Temu | 634418220234230 |
| 75 | HKHYTFMM | Temu | 634418220184837 |
| 76 | HKJUYHFDD | Temu | 634418219135510 |
| 77 | Hoarfrost falls | Temu | 634418218562284 |
| 78 | Hot Pink Waves | Temu | 634418220085695 |
| 79 | Hs Habiliment | Temu | 634418219318949 |
| 80 | HZCL Special | Temu | 634418214016325 |
| 81 | JAmerican Spring | Temu | 634418218561781 |
| 82 | JIAN Hon | Temu | 634418217585648 |
| 83 | jiandadian | Temu | 634418220700227 |
| 84 | JQ Trend Fashion Hoodie | Temu | 634418218764949 |
| 85 | Just to nver | Temu | 634418219705490 |
| 86 | KbUhqdmm | Temu | 634418220165416 |
| 87 | lavender Maple Leafs | Temu | 634418220079342 |
| 88 | Light snows | Temu | 634418218562323 |
| 89 | Lin Optimal Selection | Temu | 634418220634451 |
| 90 | linjing thirteen | Temu | 634418219893027 |
| 91 | lnkBlink | Temu | 634418221051638 |
| 92 | Lomorao | Temu | 634418219388898 |
| 93 | man eight | Temu | 634418218999099 |
| 94 | Mauve Maple Leafs | Temu | 634418220080210 |
| 95 | Merero Goods | Temu | 634418219776269 |
| 96 | MIFGHISSF | Temu | 634418220198503 |
| 97 | Mike Fashion Clothess | Temu | 634418219973528 |
| 98 | Mina baseball cap | Temu | 634418220487346 |
| 99 | MJHYGYAA | Temu | 634418219364850 |
| 100 | Modern Corner | Temu | 634418219171950 |
| 101 | Molly Men | Temu | 634418219533450 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 102 | Monkey custom shop | Temu | 634418219550897 |
| 103 | Moss Green Waves | Temu | 634418220083676 |
| 104 | MR RJIU | Temu | 634418221239811 |
| 105 | MUrsmart | Temu | 634418216317673 |
| 106 | MWSIODJA | Temu | 634418220199027 |
| 107 | NAZHAYA | Temu | 634418220769159 |
| 108 | New sailing A | Temu | 634418220156614 |
| 109 | New sailing B | Temu | 634418220162424 |
| 110 | New sailing C | Temu | 634418220161870 |
| 111 | NovaNet Fashion | Temu | 634418219237136 |
| 112 | Now Anti D | Temu | 634418220162954 |
| 113 | okay shops | Temu | 634418218773974 |
| 114 | Our factory | Temu | 634418221238535 |
| 115 | Outdoor hat customization | Temu | 634418220805257 |
| 116 | Palm trade | Temu | 634418220496695 |
| 117 | pandanying hat | Temu | 634418221162436 |
| 118 | Personality and Custom | Temu | 634418220257034 |
| 119 | Personalize Fashion | Temu | 634418220887932 |
| 120 | PersonalizeC | Temu | 634418216055040 |
| 121 | PHGDWZMA | Temu | 634418220417454 |
| 122 | Pink Waves | Temu | 634418220085735 |
| 123 | PinnacleShirts | Temu | 634418219426615 |
| 124 | printifyMT | Temu | 634418220538800 |
| 125 | printifyT | Temu | 634418219310080 |
| 126 | PrintVibe TEE | Temu | 634418220998849 |
| 127 | PTXLGJL | Temu | 634418219699470 |
| 128 | PulseInk | Temu | 634418218896277 |
| 129 | QF Lovely Clothing | Temu | 634418218928402 |
| 130 | Qi knows about trade | Temu | 634418221291190 |
| 131 | Qianbaihui US | Temu | 634418218495508 |
| 132 | QIQIYZl | Temu | 634418220217382 |
| 133 | Qiuyimi | Temu | 634418221249323 |
| 134 | Rain Waters | Temu | 634418218514080 |
| 135 | Rappers Closets | Temu | 634418218686476 |
| 136 | Red Freesia | Temu | 634418219131142 |
| 137 | Red waves | Temu | 634418219123215 |
| 138 | Reds Tiger | Temu | 634418218453503 |
| 139 | Rose Pink Waves | Temu | 634418220084103 |
| 140 | Runberry | Temu | 634418220404565 |
| 141 | RUULIN Discount local | Temu | 634418221465006 |
| 142 | RZAcZSrb | Temu | 634418220165023 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 143 | S Family | Temu | 634418220455755 |
| 144 | S I X | Temu | 634418219218601 |
| 145 | Selecting hats | Temu | 634418220719591 |
| 146 | SHENHUXI | Temu | 634418220077281 |
| 147 | Showy quality products | Temu | 634418220937125 |
| 148 | Slight heats | Temu | 634418218561999 |
| 149 | Stitch Style | Temu | 634418218526708 |
| 150 | SUGOI Boutique | Temu | 634418220536346 |
| 151 | Sumatran Tiger | Temu | 634418218371844 |
| 152 | Sunset waves | Temu | 634418219957397 |
| 153 | Superior Beauty Local local | Temu | 634418215899307 |
| 154 | swzzz | Temu | 634418220713613 |
| 155 | Tasuyu Home Clothing | Temu | 634418219237351 |
| 156 | TeamCapStyle | Temu | 634418221079863 |
| 157 | Teemetry | Temu | 634418221307405 |
| 158 | TeeTopia X | Temu | 634418221433174 |
| 159 | Terumanpu | Temu | 634418218562996 |
| 160 | THTEE | Temu | 634418219218131 |
| 161 | Tigons Tiger | Temu | 634418218453710 |
| 162 | TIMFACTORY | Temu | 634418218841995 |
| 163 | TOOKHGKED | Temu | 634418218505781 |
| 164 | Trend Hat Selection | Temu | 634418221286986 |
| 165 | TREND SPHERE | Temu | 634418218121878 |
| 166 | Trendy Hoodie Terrace | Temu | 634418219272828 |
| 167 | Tron trade | Temu | 634418220258325 |
| 168 | Tshirt fashion | Temu | 634418220663111 |
| 169 | TTDBD | Temu | 634418222091688 |
| 170 | Txueone | Temu | 634418220551851 |
| 171 | TY LIU | Temu | 634418221392936 |
| 172 | TZHOOD | Temu | 634418218701236 |
| 173 | Unstd M | Temu | 634418220171881 |
| 174 | Urban Mall | Temu | 634418219672574 |
| 175 | Ussuris Tiger | Temu | 634418218453814 |
| 176 | Verve Sty | Temu | 634418221643815 |
| 177 | Very happy BB | Temu | 634418220171422 |
| 178 | WDHHFAASD | Temu | 634418219201433 |
| 179 | WENDI LIFE | Temu | 634418219741590 |
| 180 | White Cedars | Temu | 634418219484030 |
| 181 | Whites Tiger | Temu | 634418218454168 |
| 182 | WONDERGIFTCX | Temu | 634418217477967 |
| 183 | WTY QPL | Temu | 634418215195954 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 184 | WTY YHT | Temu | 634418218243840 |
| 185 | WXXFDCLL | Temu | 634418220200018 |
| 186 | Xiaoyaen Hat | Temu | 634418220687042 |
| 187 | YAYULI | Temu | 634418220748067 |
| 188 | YHCLSA | Temu | 634418220994900 |
| 189 | Yoohot | Temu | 916632493390 |
| 190 | Your Choi | Temu | 634418220092942 |
| 191 | YUGINOJNSAD | Temu | 634418220685422 |
| 192 | Yuuu Shuangggg Xieeeee | Temu | 634418221845247 |
| 193 | ZenithDeals Corner | Temu | 634418221074235 |
| 194 | Zephyr Trend | Temu | 634418219084207 |
| 195 | Zhao Fashion Circle | Temu | 634418216103540 |
| 196 | zouzouzero | Temu | 634418220616714 |
| 197 | ZUONE | Temu | 634418219646155 |
| 198 | ZZ Fashionable | Temu | 634418221339684 |