AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| EICHER MOTORS LIMITED<br>*Plaintiff(s)*<br>v.<br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT<br>*Defendant(s)* | ) | Civil Action No. 26-cv-04673 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/6/2026



/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | YunBaoRong-us | Amazon | AN2TG19OY78XR |
| 2 | A Haifs men clothing | Temu | 634418219213003 |
| 3 | a mens Tshirt | Temu | 634418220060265 |
| 4 | AAGZRUAIYC | Temu | 634418218588266 |
| 5 | AAWYPKDVJH | Temu | 634418220237505 |
| 6 | ADSeeker | Temu | 634418220184970 |
| 7 | Airy Garments | Temu | 634418220875953 |
| 8 | AlllllllIIIIIIIIIIIlllllllllllllllIIIIIIIII | Temu | 634418218985098 |
| 9 | Alpha Male TShirts | Temu | 634418218713924 |
| 10 | Altaic Tiger | Temu | 634418218335384 |
| 11 | AMZ Mens clothingg | Temu | 634418219973649 |
| 12 | Anahata men | Temu | 634418219831137 |
| 13 | Artistry Avenue Workshop | Temu | 634418218800203 |
| 14 | Baseball Hat Selection | Temu | 634418220417993 |
| 15 | BCGLM | Temu | 634418220822210 |
| 16 | Black Closets | Temu | 634418218965299 |
| 17 | Blue Closets | Temu | 634418218965136 |
| 18 | Bonongma | Temu | 634418220427965 |
| 19 | Buuuuuin Beeeeen Trading | Temu | 634418221273574 |
| 20 | C J C | Temu | 634418219882962 |
| 21 | C J H | Temu | 634418219630639 |
| 22 | CaiLinCen | Temu | 634418220744119 |
| 23 | CASDAMNA | Temu | 634418220211551 |
| 24 | Casual Crew Tees | Temu | 634418218714033 |
| 25 | CBQQQSHOP | Temu | 634418224698863 |
| 26 | CH QFDZ Top Print | Temu | 634418218945490 |
| 27 | citys shops | Temu | 634418218753182 |
| 28 | Cjinwushop | Temu | 634418220673820 |
| 29 | CLMY Discount | Temu | 634418220536664 |
| 30 | Cozy Closets | Temu | 634418218686518 |
| 31 | Cozy Couture | Temu | 634418220189648 |
| 32 | CQGYHLY | Temu | 634418219223749 |
| 33 | CQHGFLY | Temu | 634418219224533 |
| 34 | CQUKUHGY | Temu | 634418219221503 |
| 35 | craftsman zhou | Temu | 634418220712991 |
| 36 | Creative City | Temu | 634418216737051 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 37 | Custom and Personalization | Temu | 634418220471458 |
| 38 | Cyan waves | Temu | 634418219957281 |
| 39 | DeRYcDOp | Temu | 634418220161655 |
| 40 | Dressyy | Temu | 634418217549717 |
| 41 | DUIOJQMA | Temu | 634418220210647 |
| 42 | E I G H T | Temu | 634418219218703 |
| 43 | Easy lane Aone | Temu | 634418219952789 |
| 44 | ELIZABETHLYF | Temu | 634418216256877 |
| 45 | ELIZABETHLYI | Temu | 634418216496377 |
| 46 | EMILYXFF | Temu | 634418216256361 |
| 47 | EVHO TEES | Temu | 634418220255005 |
| 48 | EWTGEW SHOP | Temu | 634418219433759 |
| 49 | F Reverie | Temu | 634418220472947 |
| 50 | FancyFit | Temu | 634418218618904 |
| 51 | FancyNova | Temu | 634418218896469 |
| 52 | Fashion customization factory | Temu | 634418219849418 |
| 53 | Fashionable Factory | Temu | 634418219349206 |
| 54 | Fire Skull | Temu | 634418218687803 |
| 55 | Flowers plants and trees | Temu | 634418220027787 |
| 56 | Forever Mark CF | Temu | 634418219896383 |
| 57 | FUKQKMAN | Temu | 634418218934967 |
| 58 | Funky baseball cap | Temu | 634418221312890 |
| 59 | FZWHJ | Temu | 634418216123684 |
| 60 | GAODASHOP | Temu | 634418220298740 |
| 61 | Gentlemans Wardrobee | Temu | 634418217549315 |
| 62 | ghsacghjbq | Temu | 634418220710804 |
| 63 | Grain in ears | Temu | 634418218515133 |
| 64 | Grain rains | Temu | 634418218514977 |
| 65 | Great heats | Temu | 634418218562051 |
| 66 | Greener waves | Temu | 634418219957341 |
| 67 | Guos | Temu | 634418216523508 |
| 68 | Heavy snows | Temu | 634418218562364 |
| 69 | HFTRDRLL | Temu | 634418220184922 |
| 70 | HGJUIKKK | Temu | 634418219135267 |
| 71 | HGUYJYFRR | Temu | 634418219135831 |
| 72 | HGYKKHTG | Temu | 634418219124556 |
| 73 | HHOUOKAN | Temu | 634418218935521 |
| 74 | HK Fashion A | Temu | 634418220234230 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 75 | HKHYTFMM | Temu | 634418220184837 |
| 76 | HKJUYHFDD | Temu | 634418219135510 |
| 77 | Hoarfrost falls | Temu | 634418218562284 |
| 78 | Hot Pink Waves | Temu | 634418220085695 |
| 79 | Hs Habiliment | Temu | 634418219318949 |
| 80 | HZCL Special | Temu | 634418214016325 |
| 81 | JAmerican Spring | Temu | 634418218561781 |
| 82 | JIAN Hon | Temu | 634418217585648 |
| 83 | jiandadian | Temu | 634418220700227 |
| 84 | JQ Trend Fashion Hoodie | Temu | 634418218764949 |
| 85 | Just to nver | Temu | 634418219705490 |
| 86 | KbUhqdmm | Temu | 634418220165416 |
| 87 | lavender Maple Leafs | Temu | 634418220079342 |
| 88 | Light snows | Temu | 634418218562323 |
| 89 | Lin Optimal Selection | Temu | 634418220634451 |
| 90 | linjing thirteen | Temu | 634418219893027 |
| 91 | lnkBlink | Temu | 634418221051638 |
| 92 | Lomorao | Temu | 634418219388898 |
| 93 | man eight | Temu | 634418218999099 |
| 94 | Mauve Maple Leafs | Temu | 634418220080210 |
| 95 | Merero Goods | Temu | 634418219776269 |
| 96 | MIFGHISSF | Temu | 634418220198503 |
| 97 | Mike Fashion Clothess | Temu | 634418219973528 |
| 98 | Mina baseball cap | Temu | 634418220487346 |
| 99 | MJHYGYAA | Temu | 634418219364850 |
| 100 | Modern Corner | Temu | 634418219171950 |
| 101 | Molly Men | Temu | 634418219533450 |
| 102 | Monkey custom shop | Temu | 634418219550897 |
| 103 | Moss Green Waves | Temu | 634418220083676 |
| 104 | MR RJIU | Temu | 634418221239811 |
| 105 | MUrsmart | Temu | 634418216317673 |
| 106 | MWSIODJA | Temu | 634418220199027 |
| 107 | NAZHAYA | Temu | 634418220769159 |
| 108 | New sailing A | Temu | 634418220156614 |
| 109 | New sailing B | Temu | 634418220162424 |
| 110 | New sailing C | Temu | 634418220161870 |
| 111 | NovaNet Fashion | Temu | 634418219237136 |
| 112 | Now Anti D | Temu | 634418220162954 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 113 | okay shops | Temu | 634418218773974 |
| 114 | Our factory | Temu | 634418221238535 |
| 115 | Outdoor hat customization | Temu | 634418220805257 |
| 116 | Palm trade | Temu | 634418220496695 |
| 117 | pandanying hat | Temu | 634418221162436 |
| 118 | Personality and Custom | Temu | 634418220257034 |
| 119 | Personalize Fashion | Temu | 634418220887932 |
| 120 | PersonalizeC | Temu | 634418216055040 |
| 121 | PHGDWZMA | Temu | 634418220417454 |
| 122 | Pink Waves | Temu | 634418220085735 |
| 123 | PinnacleShirts | Temu | 634418219426615 |
| 124 | printifyMT | Temu | 634418220538800 |
| 125 | printifyT | Temu | 634418219310080 |
| 126 | PrintVibe TEE | Temu | 634418220998849 |
| 127 | PTXLGJL | Temu | 634418219699470 |
| 128 | PulseInk | Temu | 634418218896277 |
| 129 | QF Lovely Clothing | Temu | 634418218928402 |
| 130 | Qi knows about trade | Temu | 634418221291190 |
| 131 | Qianbaihui US | Temu | 634418218495508 |
| 132 | QIQIYZl | Temu | 634418220217382 |
| 133 | Qiuyimi | Temu | 634418221249323 |
| 134 | Rain Waters | Temu | 634418218514080 |
| 135 | Rappers Closets | Temu | 634418218686476 |
| 136 | Red Freesia | Temu | 634418219131142 |
| 137 | Red waves | Temu | 634418219123215 |
| 138 | Reds Tiger | Temu | 634418218453503 |
| 139 | Rose Pink Waves | Temu | 634418220084103 |
| 140 | Runberry | Temu | 634418220404565 |
| 141 | RUULIN Discount local | Temu | 634418221465006 |
| 142 | RZAcZSrb | Temu | 634418220165023 |
| 143 | S Family | Temu | 634418220455755 |
| 144 | S I X | Temu | 634418219218601 |
| 145 | Selecting hats | Temu | 634418220719591 |
| 146 | SHENHUXI | Temu | 634418220077281 |
| 147 | Showy quality products | Temu | 634418220937125 |
| 148 | Slight heats | Temu | 634418218561999 |
| 149 | Stitch Style | Temu | 634418218526708 |
| 150 | SUGOI Boutique | Temu | 634418220536346 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 151 | Sumatran Tiger | Temu | 634418218371844 |
| 152 | Sunset waves | Temu | 634418219957397 |
| 153 | Superior Beauty Local local | Temu | 634418215899307 |
| 154 | swzzz | Temu | 634418220713613 |
| 155 | Tasuyu Home Clothing | Temu | 634418219237351 |
| 156 | TeamCapStyle | Temu | 634418221079863 |
| 157 | Teemetry | Temu | 634418221307405 |
| 158 | TeeTopia X | Temu | 634418221433174 |
| 159 | Terumanpu | Temu | 634418218562996 |
| 160 | THTEE | Temu | 634418219218131 |
| 161 | Tigons Tiger | Temu | 634418218453710 |
| 162 | TIMFACTORY | Temu | 634418218841995 |
| 163 | TOOKHGKED | Temu | 634418218505781 |
| 164 | Trend Hat Selection | Temu | 634418221286986 |
| 165 | TREND SPHERE | Temu | 634418218121878 |
| 166 | Trendy Hoodie Terrace | Temu | 634418219272828 |
| 167 | Tron trade | Temu | 634418220258325 |
| 168 | Tshirt fashion | Temu | 634418220663111 |
| 169 | TTDBD | Temu | 634418222091688 |
| 170 | Txueone | Temu | 634418220551851 |
| 171 | TY LIU | Temu | 634418221392936 |
| 172 | TZHOOD | Temu | 634418218701236 |
| 173 | Unstd M | Temu | 634418220171881 |
| 174 | Urban Mall | Temu | 634418219672574 |
| 175 | Ussuris Tiger | Temu | 634418218453814 |
| 176 | Verve Sty | Temu | 634418221643815 |
| 177 | Very happy BB | Temu | 634418220171422 |
| 178 | WDHHFAASD | Temu | 634418219201433 |
| 179 | WENDI LIFE | Temu | 634418219741590 |
| 180 | White Cedars | Temu | 634418219484030 |
| 181 | Whites Tiger | Temu | 634418218454168 |
| 182 | WONDERGIFTCX | Temu | 634418217477967 |
| 183 | WTY QPL | Temu | 634418215195954 |
| 184 | WTY YHT | Temu | 634418218243840 |
| 185 | WXXFDCLL | Temu | 634418220200018 |
| 186 | Xiaoyaen Hat | Temu | 634418220687042 |
| 187 | YAYULI | Temu | 634418220748067 |
| 188 | YHCLSA | Temu | 634418220994900 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 189 | Yoohot | Temu | 916632493390 |
| 190 | Your Choi | Temu | 634418220092942 |
| 191 | YUGINOJNSAD | Temu | 634418220685422 |
| 192 | Yuuu Shuangggg Xieeeee | Temu | 634418221845247 |
| 193 | ZenithDeals Corner | Temu | 634418221074235 |
| 194 | Zephyr Trend | Temu | 634418219084207 |
| 195 | Zhao Fashion Circle | Temu | 634418216103540 |
| 196 | zouzouzero | Temu | 634418220616714 |
| 197 | ZUONE | Temu | 634418219646155 |
| 198 | ZZ Fashionable | Temu | 634418221339684 |

Civil Action No. 26-cv-4673

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached hereto was received by me on *(date)* July 6, 2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

✔ Other *(specify)*: On June 24, 2026, someone working under my supervision served Defendants via email, including a URL with true and correct copies of the Complaint along with all exhibits and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On July 9, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/17/2026

/s/Shengmao Mu
*Server's signature*

Shengmao Mu, attorney
*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc: