UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

EICHER MOTORS LIMITED,

Plaintiff,

-v-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

---------------------------------------------------------------------X

26-CV-4673 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On September 17, 2026, Plaintiff filed proof of service stating that the summons and Complaint were served on Defendants "via email, including a URL with true and correct copies of the Complaint along with all exhibits and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order [and summons]." ECF No. 32, at 8. The Court, however, authorized electronic service by those means "for the purposes of the TRO and any Preliminary Injunction *only*." ECF No. 16 at 7 (emphasis added). Plaintiff never sought nor received permission to serve the summons and Complaint via the same method. As a result, the Court doubts that the Complaint and summons have been properly served on each Defendant — and, by extension, doubts that any Defendant is in default.

No later than **October 13, 2026**, Plaintiff shall submit a letter brief addressing whether service on Defendants by email and URL was proper. Plaintiff's letter brief should also address whether, in light of the Court's doubts as to proper service, the Clerk of Court should issue the certificate of default proposed by Plaintiff on October 4, 2026. *See* ECF No. 35. Unless and until the Court orders otherwise, the Clerk of Court should not issue certificates of default.

SO ORDERED.

Dated: October 6, 2026
New York, New York

JESSE M. FURMAN
United States District Judge