**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EICHER MOTORS LIMITED,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Civil Action No. 26-cv-4673

**~~[PROPOSED]~~ FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

This matter comes before the Court upon Motion by Plaintiff Eicher Motors Limited ("Plaintiff") for entry of a default judgment and permanent injunction against the Defendants identified on Exhibit "A" [1] hereto (hereinafter referred to as "Defaulting Defendants") for Defaulting Defendants' trademark infringement, counterfeiting, false designation of origin, passing off, and unfair competition arising out of Defaulting Defendants' using Plaintiff's federally registered trademark in a willful attempt to pass off their goods (collectively, the "Infringing Products") as genuine versions of Plaintiff's goods in their manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale and/or selling and/or sale of Infringing Products.

[1] Defendants previously dismissed are listed as "DISMISSED." No defendant is listed as "EXCEPTED" in this case.

Plaintiff owns U.S. Trademark Registration No. 7,375,164 (the "ROYAL ENFIELD Mark"). Plaintiff's genuine products promoted under and displaying the ROYAL ENFIELD Mark are referred to as the "ROYAL ENFIELD Products."

The Court, having considered the Plaintiff's Motion for Default Judgment and Permanent Injunction, the Certificates of Service of the Summons and Complaint, the Entries of Default by the Clerk of Court, and upon all other pleadings and papers on file in this Action, it is hereby ORDERED as follows (hereinafter, "Order"): The Clerk's Certificate of Default was entered on October 7, 2026. Dkt. 40.

The Court finds that service was properly effected under Federal Rules of Civil Procedure 4(f)(3) and 4(h)(2), the Court's alternative-service authorization in the Preliminary Injunction Order, ECF No. 29 (see Dkt. 41), and due process because Defaulting Defendants' physical addresses were unknown after reasonable investigation and electronic service was reasonably calculated to provide notice.

The Court may exercise personal jurisdiction over Defaulting Defendants pursuant to Federal Rule of Civil Procedure 4(k)(1)(A) and New York C.P.L.R. § 302(a)(1), or alternatively pursuant to Federal Rule of Civil Procedure 4(k)(2), because Defaulting Defendants conduct, transact, and solicit business through fully interactive commercial internet stores; target consumers in the United States, including New York and this Judicial District; and accept orders from and offer to ship Infringing Products to addresses in this Judicial District.

## I. DEFAULTING DEFENDANTS' LIABILITY

Judgment is granted in favor of Plaintiff on all claims asserted against Defaulting Defendants listed on the Exhibit A attached hereto.

On default, the well-pleaded factual allegations of the Complaint are deemed admitted. Based on the record, Plaintiff has established ownership of the valid trademark identified in the Complaint and that Defendants reproduced, copied, and/or colorably imitated that mark in connection with manufacturing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, and/or selling infringing goods through online storefronts.

Plaintiff has further shown that Defendants' infringement was willful, including through concealment of identity, use of aliases, and operation of online stores marketing unauthorized goods bearing counterfeits, copies, and colorable imitations of the ROYAL ENFIELD Mark. Accordingly, Defendants are liable for willful trademark infringement and counterfeiting under 15 U.S.C. § 1114 and false designation of origin, passing off, and unfair competition under 15 U.S.C. § 1125(a).

## II. DAMAGE AWARDS

This Court finds that Defaulting Defendants are liable for willful trademark infringement and counterfeiting (15 U.S.C. §§ 1114, 1117). Pursuant to 15 U.S.C. § 1117, Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful infringing use of the counterfeit ROYAL ENFIELD Mark on Infringing Products sold by Defaulting Defendants. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Exhibit A.

## III. STATEMENT OF DAMAGES

Pursuant to 15 U.S.C. § 1117(c), Plaintiff elects statutory damages in lieu of actual damages. Plaintiff requests $50,000 in statutory damages per Defaulting Defendant for willful

trademark counterfeiting. This amount is within the statutory range of $1,000 to $2,000,000 per counterfeit mark per type of goods, and is appropriate given Defaulting Defendants' willful conduct, default, and concealment of the scope of infringement.

## IV. PERMANENT INJUNCTION

IT IS HEREBY ORDERED that each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this Default Judgment Order shall be permanently restrained and enjoined from:

a. using the ROYAL ENFIELD Mark or any reproductions, copies, colorable imitations, or confusingly similar mark thereof in any manner in connection with the distribution, marketing, advertising, promotion, offering for sale, or sale of any product that is not an authorized ROYAL ENFIELD Product or is not authorized by Plaintiff to be sold in connection with the ROYAL ENFIELD Mark;

b. passing off, inducing, or enabling others to sell or pass off any product not produced under the authorization, control, or supervision of Plaintiff and not approved by Plaintiff for sale under the ROYAL ENFIELD Mark;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner,

Infringing Products or related products or inventory not authorized by Plaintiff to be sold or offered for sale, and which bear the ROYAL ENFIELD Mark.

~~IT IS FURTHER ORDERED that online marketplace platforms, payment processors, and other service providers associated with Defaulting Defendants' online marketplace accounts and storefronts (collectively, the "Third Party Providers"), are permanently enjoined and restrained from:~~

~~e. secreting, concealing, transferring, disposing of, withdrawing, encumbering or paying Defaulting Defendants' assets from or to financial accounts associated with or utilized by any Defaulting Defendant or any Defaulting Defendant's financial accounts or merchant storefronts (whether said account is located in the U.S. or abroad).~~

~~IT IS FURTHER ORDERED that the Third-Party Providers and any other financial institutions providing services for Defendants shall be permanently restrained and enjoined from engaging in any of the following acts or omissions:~~

~~f. Providing services to Defaulting Defendants, Defaulting Defendants' financial accounts and Defaulting Defendants' merchant storefronts, including, without limitation, continued operation of Defaulting Defendants' financial accounts and merchant storefronts which are connected in any way in the distribution, marketing, advertising, offering for sale, or sale of any products; and (b) shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner products which bear the ROYAL ENFIELD Mark.~~

## V. POST-JUDGMENT ASSET TRANSFER AND ASSET FREEZE ORDER

IT IS FURTHER ORDERED that in accordance with Rule 64 of the Federal Rules of Civil Procedure and this Court's inherent equitable powers to issue remedies ancillary to its authority to provide final relief, and given the difficulties Plaintiff would have enforcing this Order, Defaulting Defendants' assets from Defaulting Defendants' financial accounts that were and/or are attached and frozen or restrained pursuant to the Temporary Restraining Order and/or Preliminary Injunction Order, or which are attached and frozen or restrained pursuant to any future order entered by the Court in this Action (collectively, "Defaulting Defendants' Frozen Assets" and "Defaulting Defendants' Frozen Accounts"), are to the extent that a given Defaulting Defendant's Frozen Assets equal the Defaulting Defendants' individual damages award, hereby released and transferred to Plaintiff as full satisfaction of the Defaulting Defendants' individual damages award for that Defaulting Defendant. Those Defaulting Defendant's Frozen Assets shall be transferred to Plaintiff through Plaintiff's counsel within twenty (20) business days following service of this Default Judgment Order. Upon receipt by Plaintiff's counsel of such Defaulting Defendant's Frozen Assets in full satisfaction of the Defaulting Defendants' individual damages award, the Third-Party Provider holding that Defaulting Defendant's Frozen Assets and Defaulting Defendants' Frozen Accounts may unfreeze that Defaulting Defendant's Frozen Assets and Defaulting Defendant's Frozen Accounts. To the extent that a Defaulting Defendant's Frozen Assets are less than the Defaulting Defendants' individual damages award, that Defaulting Defendant's Frozen Assets are hereby released and transferred to Plaintiff as partial satisfaction of the Defaulting Defendants' individual damages award for that Defaulting Defendant and those Defaulting Defendant's Frozen Assets shall be transferred to Plaintiff, by the Third-Party Provider through Plaintiff's counsel forthwith.

IT IS FURTHER ORDERED that in accordance with Rule 64 of the Federal Rules of Civil Procedure and this Court's inherent equitable powers to issue remedies ancillary to its authority to provide final relief, and given the difficulties Plaintiff would have enforcing this Order, the Court also hereby grants Plaintiff's request for a post-judgment restraining order continuing the attachment of each Defaulting Defendant's Frozen Assets until Plaintiff has recovered the full payment of the Defaulting Defendants' individual damages award owed to it by that Defaulting Defendant under this Order, or until further order of this Court.

IT IS FURTHER ORDERED that in accordance with this Court's inherent equitable powers to issue remedies ancillary to its authority to provide final relief, and given the difficulties Plaintiff would have enforcing this Order:

g. until Plaintiff has recovered the full payment of the Defaulting Defendants' individual damages award owed to it by any Defaulting Defendant under this Order, in the event that Plaintiff discovers new and/or additional Defaulting Defendants' assets (whether said assets are located in the U.S. or abroad) and/or Defaulting Defendants' financial accounts (whether said account is located in the U.S. or abroad) ("Defaulting Defendants' Additional Assets" and "Defaulting Defendants' Additional Financial Accounts," respectively), Plaintiff may move to modify this Order ~~shall have the ongoing~~ to apply to ~~authority to serve this Order on~~ any Third Party Providers controlling or otherwise holding such Defaulting Defendants' Additional Assets and/or Defaulting Defendants' Additional Financial Accounts;

~~h. upon notice of this Order, Third Party Providers holding Defaulting Defendants' Additional Assets and/or Financial Accounts shall immediately locate Defaulting Defendants' Additional Financial Accounts, attach and restrain such Defaulting~~

Defendants' Additional Assets in Defaulting Defendants' Additional Financial Accounts from being secreted, concealed, transferred or disposed of or withdrawn; and,

i. no later than after twenty (20) business days following the service of this Order on Third Party Providers holding Defaulting Defendants' Additional Assets and/or Financial Accounts, Third Party Providers holding Defaulting Defendants' Additional Assets and/or Financial Accounts shall transfer all Defaulting Defendants' Additional Assets to Plaintiff as partial or full satisfaction of the Defaulting Defendants' individual damages award, unless Defaulting Defendant has filed with this Court and served upon Plaintiff's counsel a request that such Defaulting Defendants' Additional Assets be exempted from this Order; at the time the funds are transferred, Third Party Providers holding Defaulting Defendants' Additional Assets and/or Financial Accounts shall provide to Plaintiff a breakdown reflecting: the (i) total funds restrained in this matter per Defaulting Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defaulting Defendant's funds, restrained prior to release; and (iii) the total funds transferred per Defaulting Defendant to the Plaintiff.

## VI. MISCELLANEOUS RELIEF

a. Upon Plaintiff's request, the Third-Party Provider(s) shall disable and/or cease facilitating access to the Seller IDs, including tombstoning, deleting, and/or suspending identified product listings, and any other alias seller identification names being used to offer for sale and/or sell Infringing Products;

b. ~~The Plaintiff may serve this injunction on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses which are used by the Defendants in connection with the Defendants' promotion, offering for sale, and/or sale of Infringing Products;~~

c. Upon the Plaintiff's request, any online marketplace platform, website operator and/or administrator who is in possession, custody, or control of the Defendants' Infringing Products shall permanently cease fulfillment of and sequester those goods, and surrender the same to the Plaintiff;

d. Any failure by Defaulting Defendants to comply with the terms of this Default Judgment Order shall be deemed contempt of Court, subjecting Defaulting Defendants to contempt remedies to be determined by the Court, including fines and seizure of property;

e. Interest from the date of entry of this Judgment shall accrue at the legal rate pursuant to 28 U.S.C. § 1961;

f. The full amount of any surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Whitewood Law PLLC. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel;

g. Plaintiff shall serve the Defaulting Defendants with a copy of this Order in accordance with the alternative-service authorization in ECF No. 29; and,

h. This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Judgment and permanent injunction.

**SO ORDERED** this 17th day of November, 2026.

**Hon. Jesse M. Furman**
**United States District Judge**

As discussed on the record during the default judgment hearing held earlier today, if Plaintiff believes that the Court should not have stricken or modified the provisions above as it did, Plaintiff may move for reconsideration. Any such motion shall be supported by authority supporting Plaintiff's request.

The Clerk of Court is directed to close the case. All conferences are canceled.

**EXHIBIT A – SCHEDULE A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | YunBaoRong-us | Amazon | AN2TG19OY78XR |
| 2 | A Haifs men clothing | Temu | 634418219213003 |
| 3 | a mens Tshirt | Temu | 634418220060265 |
| 4 | AAGZRUAIYC | Temu | 634418218588266 |
| 5 | AAWYPKDVJH | Temu | 634418220237505 |
| 6 | ADSeeker | Temu | 634418220184970 |
| 7 | Airy Garments | Temu | 634418220875953 |
| 8 | AlllllllIIIIIIIIIIIIllllllllllllllllIIIIIIIIIII | Temu | 634418218985098 |
| 9 | Alpha Male TShirts | Temu | 634418218713924 |
| 10 | Altaic Tiger | Temu | 634418218335384 |
| 11 | AMZ Mens clothingg | Temu | 634418219973649 |
| 12 | Anahata men | Temu | 634418219831137 |
| 13 | Artistry Avenue Workshop | Temu | 634418218800203 |
| 14 | Baseball Hat Selection | Temu | 634418220417993 |
| 15 | BCGLM | Temu | 634418220822210 |
| 16 | Black Closets | Temu | 634418218965299 |
| 17 | Blue Closets | Temu | 634418218965136 |
| 18 | Bonongma | Temu | 634418220427965 |
| 19 | Buuuuuin Beeeeen Trading | Temu | 634418221273574 |
| 20 | C J C | Temu | 634418219882962 |
| 21 | C J H | Temu | 634418219630639 |
| 22 | CaiLinCen | Temu | 634418220744119 |
| 23 | CASDAMNA | Temu | 634418220211551 |
| 24 | Casual Crew Tees | Temu | 634418218714033 |
| 25 | CBQQQSHOP | Temu | 634418224698863 |
| 26 | CH QFDZ Top Print | Temu | 634418218945490 |
| 27 | citys shops | Temu | 634418218753182 |
| 28 | Cjinwushop | Temu | 634418220673820 |
| 29 | CLMY Discount | Temu | 634418220536664 |
| 30 | Cozy Closets | Temu | 634418218686518 |
| 31 | Cozy Couture | Temu | 634418220189648 |
| 32 | CQGYHLY | Temu | 634418219223749 |
| 33 | CQHGFLY | Temu | 634418219224533 |
| 34 | CQUKUHGY | Temu | 634418219221503 |
| 35 | craftsman zhou | Temu | 634418220712991 |
| 36 | Creative City | Temu | 634418216737051 |
| 37 | Custom and Personalization | Temu | 634418220471458 |
| 38 | Cyan waves | Temu | 634418219957281 |
| 39 | DeRYcDOp | Temu | 634418220161655 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 40 | Dressyy | Temu | 634418217549717 |
| 41 | DUIOJQMA | Temu | 634418220210647 |
| 42 | E I G H T | Temu | 634418219218703 |
| 43 | Easy lane Aone | Temu | 634418219952789 |
| 44 | ELIZABETHLYF | Temu | 634418216256877 |
| 45 | ELIZABETHLYI | Temu | 634418216496377 |
| 46 | EMILYXFF | Temu | 634418216256361 |
| 47 | EVHO TEES | Temu | 634418220255005 |
| 48 | EWTGEW SHOP | Temu | 634418219433759 |
| 49 | F Reverie | Temu | 634418220472947 |
| 50 | FancyFit | Temu | 634418218618904 |
| 51 | FancyNova | Temu | 634418218896469 |
| 52 | Fashion customization factory | Temu | 634418219849418 |
| 53 | Fashionable Factory | Temu | 634418219349206 |
| 54 | Fire Skull | Temu | 634418218687803 |
| 55 | Flowers plants and trees | Temu | 634418220027787 |
| 56 | Forever Mark CF | Temu | 634418219896383 |
| 57 | FUKQKMAN | Temu | 634418218934967 |
| 58 | Funky baseball cap | Temu | 634418221312890 |
| 59 | FZWHJ | Temu | 634418216123684 |
| 60 | GAODASHOP | Temu | 634418220298740 |
| 61 | Gentlemans Wardrobee | Temu | 634418217549315 |
| 62 | ghsacghjbq | Temu | 634418220710804 |
| 63 | Grain in ears | Temu | 634418218515133 |
| 64 | Grain rains | Temu | 634418218514977 |
| 65 | Great heats | Temu | 634418218562051 |
| 66 | Greener waves | Temu | 634418219957341 |
| 67 | Guos | Temu | 634418216523508 |
| 68 | Heavy snows | Temu | 634418218562364 |
| 69 | HFTRDRLL | Temu | 634418220184922 |
| 70 | HGJUIKKK | Temu | 634418219135267 |
| 71 | HGUYJYFRR | Temu | 634418219135831 |
| 72 | HGYKKHTG | Temu | 634418219124556 |
| 73 | HHOUOKAN | Temu | 634418218935521 |
| 74 | HK Fashion A | Temu | 634418220234230 |
| 75 | HKHYTFMM | Temu | 634418220184837 |
| 76 | HKJUYHFDD | Temu | 634418219135510 |
| 77 | Hoarfrost falls | Temu | 634418218562284 |
| 78 | Hot Pink Waves | Temu | 634418220085695 |
| 79 | Hs Habiliment | Temu | 634418219318949 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 80 | HZCL Special | Temu | 634418214016325 |
| 81 | JAmerican Spring | Temu | 634418218561781 |
| 82 | JIAN Hon | Temu | 634418217585648 |
| 83 | jiandadian | Temu | 634418220700227 |
| 84 | DISMISSED | DISMISSED | DISMISSED |
| 85 | Just to nver | Temu | 634418219705490 |
| 86 | KbUhqdmm | Temu | 634418220165416 |
| 87 | lavender Maple Leafs | Temu | 634418220079342 |
| 88 | Light snows | Temu | 634418218562323 |
| 89 | Lin Optimal Selection | Temu | 634418220634451 |
| 90 | linjing thirteen | Temu | 634418219893027 |
| 91 | lnkBlink | Temu | 634418221051638 |
| 92 | Lomorao | Temu | 634418219388898 |
| 93 | man eight | Temu | 634418218999099 |
| 94 | Mauve Maple Leafs | Temu | 634418220080210 |
| 95 | Merero Goods | Temu | 634418219776269 |
| 96 | MIFGHISSF | Temu | 634418220198503 |
| 97 | Mike Fashion Clothess | Temu | 634418219973528 |
| 98 | Mina baseball cap | Temu | 634418220487346 |
| 99 | MJHYGYAA | Temu | 634418219364850 |
| 100 | Modern Corner | Temu | 634418219171950 |
| 101 | Molly Men | Temu | 634418219533450 |
| 102 | Monkey custom shop | Temu | 634418219550897 |
| 103 | Moss Green Waves | Temu | 634418220083676 |
| 104 | MR RJIU | Temu | 634418221239811 |
| 105 | MUrsmart | Temu | 634418216317673 |
| 106 | MWSIODJA | Temu | 634418220199027 |
| 107 | NAZHAYA | Temu | 634418220769159 |
| 108 | New sailing A | Temu | 634418220156614 |
| 109 | New sailing B | Temu | 634418220162424 |
| 110 | New sailing C | Temu | 634418220161870 |
| 111 | NovaNet Fashion | Temu | 634418219237136 |
| 112 | Now Anti D | Temu | 634418220162954 |
| 113 | okay shops | Temu | 634418218773974 |
| 114 | Our factory | Temu | 634418221238535 |
| 115 | Outdoor hat customization | Temu | 634418220805257 |
| 116 | Palm trade | Temu | 634418220496695 |
| 117 | pandanying hat | Temu | 634418221162436 |
| 118 | Personality and Custom | Temu | 634418220257034 |
| 119 | Personalize Fashion | Temu | 634418220887932 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 120 | PersonalizeC | Temu | 634418216055040 |
| 121 | PHGDWZMA | Temu | 634418220417454 |
| 122 | Pink Waves | Temu | 634418220085735 |
| 123 | PinnacleShirts | Temu | 634418219426615 |
| 124 | printifyMT | Temu | 634418220538800 |
| 125 | printifyT | Temu | 634418219310080 |
| 126 | PrintVibe TEE | Temu | 634418220998849 |
| 127 | PTXLGJL | Temu | 634418219699470 |
| 128 | PulseInk | Temu | 634418218896277 |
| 129 | QF Lovely Clothing | Temu | 634418218928402 |
| 130 | Qi knows about trade | Temu | 634418221291190 |
| 131 | Qianbaihui US | Temu | 634418218495508 |
| 132 | QIQIYZl | Temu | 634418220217382 |
| 133 | Qiuyimi | Temu | 634418221249323 |
| 134 | Rain Waters | Temu | 634418218514080 |
| 135 | Rappers Closets | Temu | 634418218686476 |
| 136 | Red Freesia | Temu | 634418219131142 |
| 137 | Red waves | Temu | 634418219123215 |
| 138 | Reds Tiger | Temu | 634418218453503 |
| 139 | Rose Pink Waves | Temu | 634418220084103 |
| 140 | Runberry | Temu | 634418220404565 |
| 141 | RUULIN Discount local | Temu | 634418221465006 |
| 142 | RZAcZSrb | Temu | 634418220165023 |
| 143 | S Family | Temu | 634418220455755 |
| 144 | S I X | Temu | 634418219218601 |
| 145 | Selecting hats | Temu | 634418220719591 |
| 146 | SHENHUXI | Temu | 634418220077281 |
| 147 | Showy quality products | Temu | 634418220937125 |
| 148 | Slight heats | Temu | 634418218561999 |
| 149 | Stitch Style | Temu | 634418218526708 |
| 150 | SUGOI Boutique | Temu | 634418220536346 |
| 151 | Sumatran Tiger | Temu | 634418218371844 |
| 152 | Sunset waves | Temu | 634418219957397 |
| 153 | Superior Beauty Local local | Temu | 634418215899307 |
| 154 | swzzz | Temu | 634418220713613 |
| 155 | Tasuyu Home Clothing | Temu | 634418219237351 |
| 156 | TeamCapStyle | Temu | 634418221079863 |
| 157 | Teemetry | Temu | 634418221307405 |
| 158 | TeeTopia X | Temu | 634418221433174 |
| 159 | Terumanpu | Temu | 634418218562996 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 160 | THTEE | Temu | 634418219218131 |
| 161 | Tigons Tiger | Temu | 634418218453710 |
| 162 | TIMFACTORY | Temu | 634418218841995 |
| 163 | TOOKHGKED | Temu | 634418218505781 |
| 164 | Trend Hat Selection | Temu | 634418221286986 |
| 165 | TREND SPHERE | Temu | 634418218121878 |
| 166 | Trendy Hoodie Terrace | Temu | 634418219272828 |
| 167 | Tron trade | Temu | 634418220258325 |
| 168 | Tshirt fashion | Temu | 634418220663111 |
| 169 | TTDBD | Temu | 634418222091688 |
| 170 | Txueone | Temu | 634418220551851 |
| 171 | TY LIU | Temu | 634418221392936 |
| 172 | TZHOOD | Temu | 634418218701236 |
| 173 | Unstd M | Temu | 634418220171881 |
| 174 | Urban Mall | Temu | 634418219672574 |
| 175 | Ussuris Tiger | Temu | 634418218453814 |
| 176 | Verve Sty | Temu | 634418221643815 |
| 177 | Very happy BB | Temu | 634418220171422 |
| 178 | WDHHFAASD | Temu | 634418219201433 |
| 179 | WENDI LIFE | Temu | 634418219741590 |
| 180 | White Cedars | Temu | 634418219484030 |
| 181 | Whites Tiger | Temu | 634418218454168 |
| 182 | WONDERGIFTCX | Temu | 634418217477967 |
| 183 | WTY QPL | Temu | 634418215195954 |
| 184 | WTY YHT | Temu | 634418218243840 |
| 185 | WXXFDCLL | Temu | 634418220200018 |
| 186 | Xiaoyaen Hat | Temu | 634418220687042 |
| 187 | YAYULI | Temu | 634418220748067 |
| 188 | YHCLSA | Temu | 634418220994900 |
| 189 | Yoohot | Temu | 916632493390 |
| 190 | Your Choi | Temu | 634418220092942 |
| 191 | YUGINOJNSAD | Temu | 634418220685422 |
| 192 | Yuuu Shuangggg Xieeeee | Temu | 634418221845247 |
| 193 | ZenithDeals Corner | Temu | 634418221074235 |
| 194 | Zephyr Trend | Temu | 634418219084207 |
| 195 | Zhao Fashion Circle | Temu | 634418216103540 |
| 196 | zouzouzero | Temu | 634418220616714 |
| 197 | ZUONE | Temu | 634418219646155 |
| 198 | ZZ Fashionable | Temu | 634418221339684 |